(October 1, 1958)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LLOYD D. WESTFALL et al., Defendants, and ROBERT SCHMIDT and RICHARD SUNDQUIST, Appellants.— On February 5, 1958 this court directed that Louis J. Lupo be added as a defendant-appellant in the above-entitled appeal. On May 23, 1958 judgment of conviction was unanimously affirmed (6 A D 2d 732) as to each of the appellants. The first sentence of the decision, however, stated that the appeal was by two appellants when as a matter of fact there were three. As a supplemental decision the judgments of conviction as to Robert Schmidt and Richard Sundquist, defendants-appellants, and as to the defendant-appellant Louis J. Lupo, are unanimously affirmed. Present — Foster, P. J., Bergan, Coon, Herlihy and Reynolds, JJ.

■ PIERINO PASQUALE, Plaintiff, v. BABCOCK, HINDS and UNDERWOOD, INC., Defendant and Third-Party Plaintiff-Respondent. ANNA M. HEATH, Doing Business as HEATH CONSTRUCTION COMPANY, et al., Third-Party Defendants, and PASQUALE CONSTRUCTION CO. INC., Third-Party Defendant-Appellant.— Motion for stay granted, upon condition that the matter be placed upon the calendar and be ready for argument at the November 1958 Term of this court. Present — Foster, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ CORINNE C. WATERMAN, Appellant, v. STATE OF NEW YORK, Respondent.— Motion to extend time within which to perfect appeal granted. Motions, in all other respects, denied, without costs. Attention is called to rule VII of the rules of this court. Application for the production of the original minutes should be addressed to the Court of Claims. Present — Foster, P. J., Bergan, Gibson, Herlihy and Reynolds, JJ.

■ In the Matter of the Claim of GEORGE SRUBAR, Appellant. ISADOR J. LUBIN, as Industrial Commissioner, Respondent.— Application by appellant for assignment of counsel. Application denied, without costs. The statute does not provide for the assignment of counsel where the decision of the Appeal Board is against the claimant. (Labor Law, § 538.) Present — Foster, P. J., Bergan, Gibson, Herlihy and Reynolds, JJ.

■ In the Matter of the Claim of ANDREW DANIELSON, JR., Appellant, against ELDEN COOK, Respondent. Workmen's Compensation Board, Respondent.— Motion to dismiss appeal as not timely taken granted, without costs. Present — Foster, P. J., Bergan, Gibson, Herlihy and Reynolds, JJ.

■ ROBERT RUPP et al., Respondents, v. CHARLES RAPPAPORT, Appellant.— Motion to dismiss appeal granted, by default, without costs. Present — Foster, P. J., Bergan, Gibson, Herlihy and Reynolds, JJ.